ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERALD L. ROGERS, R.D. RYNO Jr.,  :  CASE # 1:06-cv-01010 (EGS)

    Plaintiffs,  :

v.  :

UNITED STATES DISTRICT COURTS  :
FOR THE DISTRICTS OF COLORADO
AND NORTHERN DISTRICT OF TEXAS  :

    Defendants.  :

**RECEIVED**

FEB 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes Now the plaintiffs named above and moves this Honorable Court pursuant to Federal Civil Rules of Procedures Rule 15 for leave to file a Second Amended Complaint based on the following.

First, the Second Amended Complaint attached hereto clarifies that the defendant courts are in violation of the Judiciary Act of 1789 Statute I is a violation of the Administrative Law Act of Title 5 USC §706(2)(A) and/or (C).

Secondly, with the U.S. Attorneys also being without statutory authorization to have had the plaintiffs indicted and prosecuted for the violations of law alleged, to resolve the issues of controversy, it is necessary to include them back into this suit as a culpable party/defendant, for the violations of §706(2)(A)(C).

Thirdly, this simplifies the adjudication of the suit due to the issues only being a matter of law.

    Respectfully submitted 2/15/07

    Gerald L. Rogers  12327-086
P.O. Box 6000
FCI Sheridan
Sheridan OR 97378