**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
GERALD L. ROGERS and                )
R.D. RYNO, JR.,                    )
                                   )
            Plaintiffs,             )
                                   )
      v.                            )  Civil Action No. 06-1010 (EGS)
                                   )
UNITED STATES DISTRICT COURT        )
FOR THE DISTRICT OF COLORADO,       )
*et al.*                            )
                                   )
            Defendants.             )
_____)

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that plaintiffs' Motion for Leave to File Second Amended Complaint is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' case is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted; and it is

**FURTHER ORDERED** that the Clerk of the Court shall enter judgment against plaintiffs and in favor of defendants. This is a final appealable order. *See* Fed. R. App. P. 4(a).

   **SO ORDERED.**

**Signed:   Emmet G. Sullivan
           United States District Judge
           April 10, 2007**