**RECEIVED**

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERALD L. ROGERS, AND | : CV No. 06-1010 (EGS) |
| R.D. RYNO, Jr., | : |
| Plaintiffs | : |
| v. | : |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, et al. | : |
| Defendants | : |

## NOTICE OF APPEAL TO THE DISTRICT OF COLUMBIA COURT OF APPEALS

NOTICE is hereby given that Gerald L. Rogers and R.D. Ryno, Jr., plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia the District Court's Order of April 10, 2007 dismissing the plaintiffs' complaint for declaratory relief pursuant to the defendants' violations of the Administrative Law Act Title 5 USC 706(2)(A)(B)(C).

Respectfully submitted,

Gerald L. Rogers,
12327-086
P.O. Box 3000
Sheridan OR 97378-6000