# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## No. 07-5132

## September Term, 2006

**06cv01010**

FILED

MAY 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Gerald L. Rogers,
　　　　　Appellant

　　v.

United States District Court for the District of
Colorado, et al.,
　　　　　Appellees

**Filed On:**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED

MAY 11 2007

CLERK

### O R D E R

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by June 11, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, <u>see</u> Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, <u>see</u> Fed. R. App. P. 24(a), and submit to this court a completed Consent to Collection of Fees and Prisoner Trust Account Report. <u>See</u> Attachments.  In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court.  <u>See</u> Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule.  Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

## No. 07-5132                            September Term, 2006

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _MaryAnne McMain_

MaryAnne McMain
Deputy Clerk

Attachments:
    (1)    Motion for Leave to Proceed on Appeal In Forma Pauperis
    (2)    Consent to Collection of Fees
    (3)    Prisoner Trust Account Report
    (4)    Prison Litigation Reform Act Informational Letter