UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
GERALD L. ROGERS, et al.,     )
                              )
        Plaintiffs,           )
                              )
   v.                         )  Civil Action No. 06-1010 (EGS)
                              )
UNITED STATES DISTRICT COURT  )
FOR THE DISTRICT OF COLORADO, )
et al.,                       )
                              )
        Defendants.           )
_____)
```

**ORDER**

The Court hereby advises plaintiff Gerald Rogers that federal law, effective April 9, 2006, requires an individual appealing a district court decision in a civil action to pay a filing fee of $455.00 to the Clerk of the District Court.  Fed. R. App. P. 3(e).  In order for the Court to consider plaintiff's motion for leave to proceed on appeal in forma pauperis, plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>.  28 U.S.C. § 1915(a)(2).  After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one

payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of twenty (20) percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the Clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

**ORDERED** that, by **July 27, 2007,** plaintiff Rogers shall provide the information described above. Failure to comply with this Order will result in denial of the motion for leave to proceed in forma pauperis on appeal.

**SO ORDERED.**


**Signed:    Emmet G. Sullivan**
**United States District Judge**
**June 26, 2007**


Notice to:

GERALD L. ROGERS
R12327-086
Sheridan Federal Correctional Institution
P.O. Box 6000
Sheridan, OR 97378