UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 2 9 2007

RECEIVED

USCA NO. 07-5132

Case 1:06-cv-01010-EGS    Document 13-2    Filed 09/14/2007    Page 1 of 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Gerald L. Rogers, # 12327-086, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

[USCADC Form 53a (Rev. Jul 2006)]