# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## No. 07-5132                    September Term, 2006

**06cv01010**

Gerald L. Rogers,
             Appellant

R. D. Ryno, Jr.,
             Appellee

v.

United States District Court for the District of
Colorado, et al.,
             Appellees

**Filed On:**



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    SEP 2 7 2007

CLERK

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: ___ 12 / ___ 07

BY: _____ , Deputy Clerk

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Costs

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the "motion for suspension of rules to grant judgment pursuant to circuit's doctrine of stare decisis," it is

**ORDERED** that the motion for suspension of rules be denied. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order, filed April 10, 2007, granting a motion for leave to file second amended complaint and sua sponte dismissing the case with prejudice for failure to state a claim upon which relief can be granted, be affirmed. Because a sua sponte dismissal is appropriate where it is clear "the claimant cannot possibly win relief," see Best v. Kelly, 39 F.3d 328, 331 (D.C. Cir. 1994) (citing Baker v Director, United States Parole Comm'n, 916 F.2d 725, 727 (D.C.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____    Deputy Clerk

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 07-5132**                    **September Term, 2006**

Cir. 1990) (per curiam)), the district court did not abuse its discretion in dismissing the complaint.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>